JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FIDEL RAMOS-SOLORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIDEL RAMOS-SOLORIO,<br><br>　　　　Defendant. | CASE NO. CR. S-11-412 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**<br><br>Date:　May 23, 2013<br>Time:　9:30 a.m.<br>Judge:　Troy L. Nunley |

　　　　Defendant FIDEL RAMOS-SOLORIO, by and through his attorney, Lexi Negin and Assistant United States Attorney Nirav Desai, hereby stipulate and agree to continue the status hearing in the above-captioned case from Tuesday, May 7, 2013 at 9:30 a.m. to Thursday, May 23, 2013 at 9:30 a.m.

　　　　The reason for this continuance is because this case has been reassigned to Judge Troy L. Nunley pursuant to the Court's order (Doc.11).  The defendant requires a Spanish language interpreter.

　　　　It is further stipulated that the time period from April 29, 2013, through and including the date of the new status conference hearing, May 23, 2013, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

/ / /

/ / /

1  Dated:  April 29, 2013

2                                                                              Respectfully submitted,

3                                                                              JOSEPH SCHLESINGER
   Acting Federal Defender

4
    /s/ Lexi Negin
5                                                                              LEXI NEGIN
   Assistant Federal Defender
6                                                                              Attorney for Defendant
   FIDEL RAMOS-SOLORIO

7

8

9  Dated:  April 29, 2013                                   BENJAMIN B. WAGNER
   United States Attorney

10
    /s/ Lexi Negin for
11                                                                             NIRAV DESAI
   Assistant U.S. Attorney
12                                                                             Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation and Order                             2                    *United States v. Ramos-Solorio*, 11-412  TLN

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on April 30, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, May 7, 2013, be vacated and that the case be set for **Thursday, May 23, 2013, at 9:30 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 30, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from April 29, 2013, through and including May 23, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: April 30, 2013

Troy L. Nunley
United States District Judge